The judgment is reversed and the cause remanded.

Opinion approved by the court.

## DEAN v. STATE.
No. 25793.

Court of Criminal Appeals of Texas.
April 2, 1952.

No attorney on appeal.

George P. Blackburn, State's Atty., Austin, for the State.

MORRISON, Judge.

The offense is driving while intoxicated as a second offender; the punishment, 45 days in jail.

The record is before us without statement of facts or bills of exception.

All the proceedings appear regular; and nothing being presented for review, the judgment of the trial court is affirmed.